FILE COPY

RE: Case No. 15-0695                    DATE: 9/14/2015
COA #: 13-15-00062-CV    TC#: 2012 CCV 61204-3
STYLE: STEFAN KONASIEWICZ, M.D.
    v. PEDRO LOMAS

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. KARA  SANDS
NUECES COUNTY CLERK
P.O. BOX 2627
CORPUS CHRISTI, TX  78403

FILE COPY

RE: Case No. 15-0695                    DATE: 9/14/2015
COA #: 13-15-00062-CV     TC#: 2012 CCV 61204-3
STYLE: STEFAN KONASIEWICZ, M.D.
    v. PEDRO LOMAS

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. ROBERT C. HILLIARD
HILLIARD MUÑOZ & GONZALES LLP
719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TX  78401-3548

RE: Case No. 15-0695     DATE: 9/14/2015
COA #: 13-15-00062-CV     TC#: 2012 CCV 61204-3
STYLE: STEFAN KONASIEWICZ, M.D.
    v. PEDRO LOMAS

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401

FILE COPY

RE: Case No. 15-0695  DATE: 9/14/2015
COA #: 13-15-00062-CV  TC#: 2012 CCV 61204-3
STYLE: STEFAN KONASIEWICZ, M.D.
    v. PEDRO LOMAS

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. DIANA L. FAUST
COOPER & SCULLY, P.C.
900 JACKSON STREET, SUITE 100
FOUNDERS SQUARE
DALLAS, TX  75202-4452